APRIL 20, 1962.

No. 814, Misc. CAULFIELD *v.* U. S. DEPARTMENT OF AGRICULTURE ET AL. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. Petition dismissed pursuant to stipulation under Rule 60 of the Rules of this Court. *J. D. DeBlieux* for petitioner. *Solicitor General Cox* for respondents.

APRIL 23, 1962.*

No. 619. WHITE MOTOR Co. *v.* UNITED STATES. Appeal from the United States District Court for the Northern District of Ohio. Probable jurisdiction noted. MR. JUSTICE WHITE took no part in the consideration or decision of this case. *Gerhard A. Gesell, John H. Watson, Jr., John T. Scott* and *Nestor S. Foley* for appellant. *Solicitor General Cox, Assistant Attorney General Loevinger* and *Richard A. Solomon* for the United States.

No. 776. LONG *v.* ILLINOIS CENTRAL RAILROAD Co. Appellate Court of Illinois, Third District. Certiorari denied. *John Alan Appelman* and *Jo B. Gardner* for petitioner. *Enos L. Phillips, Herbert J. Deany, Robert S. Kirby* and *Joseph H. Wright* for respondent.

---

*MR. JUSTICE FRANKFURTER took no part in the consideration or decision of cases in which orders were this day announced.